# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| JANELL WYGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cv-00967 |
| ) | |
| IMI TENNESSEE INC., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE |
| Defendant. ) | NEWBERN |

## ORDER

The parties have filed a Joint Stipulation Of Dismissal (Doc. No. 30), indicating that all matters in dispute in this case have been resolved. Accordingly, this action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

All pending motions are denied, as moot. The pretrial conference set for October 19, 2018, and the trial set for October 23, 2018 are cancelled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE